No. 709. UNION TRUST & SAVINGS BANK, AS TRUSTEE, ETC., ET AL. *v*. SOUTHERN TRACTION COMPANY OF ILLINOIS ET AL. December 11, 1922. Petition for a writ of cer-

tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Hiram T. Gilbert, Mr. John C. Slade* and *Mr. Walter Bachrach* for petitioners. *Mr. William Beye, Mr. Edward C. Kramer, Mr. Bruce A. Campbell* and *Mr. George B. Logan* for respondents.